**STATE of Missouri, Respondent,**

v.

**Henry M. SAFFOLD, Appellant.**

**Henry M. SAFFOLD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46655, WD 48601.**

Missouri Court of Appeals,
Western District.

March 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Application to Transfer Denied
May 30, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of burglary in the second degree, § 569.170, RSMo 1994, and denial of a motion for post-conviction relief without an evidentiary hearing, Rule 29.15.

The conviction and denial of the motion for post-conviction relief are affirmed. Rule 30.25(b).

In the Interest of J.A.M., J.H.L., J.L.L., and J.D.L., Minors.